| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 1/14/2022 |
| KEVIN DAVIS, *on behalf of himself and all others similarly situated*,<br><br>                    Plaintiff,<br><br>     -against-<br><br>JUSTFOODFORDOGS LLC,<br><br>                    Defendant. | 21-cv-4635 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

      The Initial Pretrial Conference that was scheduled to take place on January 20, 2022 is ADJOURNED *sine die*.

**SO ORDERED.**

**Date: January 14, 2022**  
**New York, NY**

                                                          **MARY KAY VYSKOCIL**  
                                                          **United States District Judge**