```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN DAVIS, on behalf of himself and
all others similarly situated,

                           Plaintiff,

       -against-

JUSTFOODFORDOGS LLC,

                          Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**21-CV-4635 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic settlement conference in this matter is scheduled for **Wednesday, April 13, 2022 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **April 6, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: February 8, 2022
       New York, New York

                                                  *Katharine H Parker*
                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge