USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN DAVIS, on behalf of himself and
all others similarly situated,

                       Plaintiff,

      -against-

JUSTFOODFORDOGS LLC,

                       Defendant.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**21-CV-4635 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on April 12, 2022 (doc. no 21) the Settlement Conference currently scheduled for **April 13, 2022** is hereby adjourned *sine die*.

SO ORDERED.

Dated: April 12, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge