UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/13/2022___
```

KEVIN DAVIS, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

        -against-

JUSTFOODFORDOGS LLC,

                        Defendant.

21-cv-4635 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter from the parties stating that "a settlement agreement is in the process of being finalized" [ECF No. 21].  Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by June 13, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date:  **April 13, 2022**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**